**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CAMERINO ALEJANDRO MAGANA SAN JUAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-880-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On April 10, 2026, the Court granted in part Magana San Juan's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Apr. 10, 2026, Order 3, ECF No. 6. Respondents have now informed the Court that an IJ granted Magana San Juan a $6,000 bond. Notice, ECF No. 7.

It appears that the only remaining matter to be resolved in this case is Magana San Juan's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 42, ECF No. 1; *see generally* Apr. 10, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 20th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE